1 | Elliot Gale (State Bar No. 263326)
  | egale@gajplaw.com
2 | Joe Angelo (State Bar No. 268542)
  | jangelo@gajplaw.com
3 | Gale, Angelo, Johnson, & Pruett, P.C.
  | 1430 Blue Oaks Blvd., Ste. 250
4 | Roseville, California 95747
  | Telephone: 916-279-7778
5 | Facsimile: 916-721-2767

6 | Attorneys for Plaintiff
  | Joshua Aguilar
7 |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| JOSHUA AGUILAR | Case No.: 2:20-cv-02326-AB-E |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BANK OF AMERICA, N.A.** |
| BANK OF AMERICA, N.A. | |
| Defendant. | |

1

STIPULATED REQUEST FOR DISMISSAL

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Joshua Aguilar and Defendant Bank of America, N.A. that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  June 30, 2020          **Gale, Angelo, Johnson, & Pruett, P.C.**

By:  _/s/ Joe Angelo_
Joe Angelo
Attorneys for Plaintiff
Joshua Aguilar

DATED:  June 30, 2020          **McGuire Woods LLP**

By:  _/s/ Deleyla Assefa Lawrence_
Deleyla Assefa Lawrence
Attorneys for Defendant
Bank of America, N.A.

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Deleyla Assefa Lawrence concurred in this filing.

_/s/ Joe Angelo_