# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JOSHUA AGUILAR, | Case No.: 2:20-cv-02326-AB-E |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A. Defendant. | |

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 02, 2020

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE